UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                                                              20 CR 584 (CM)

De La Torre Villavazo et al,                                          ORDER

                    Defendants.

------------------------------------------------------------------X

**Colleen McMahon,** Chief Judge:

The Court will hold a conference in this matter on **December 3, 2020, at 12:00 p.m.**, using the Teams video call platform—the Teams link and logon instructions has been emailed to the parties. The public and press may access the audio feed of the conference by calling 888-363-4749, and entering access code 9054506.

Dated: December 1, 2020
         New York, New York

                                                                    _____
                                                                    Colleen McMahon
                                                                    Chief Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/20