USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/20

Draft: April 1, 2020 at 4:30 PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                            -v-

                    Christian De La Torre    ,
                        Defendant(s).

------------------------------------------------------------------X

**WAIVER OF RIGHT TO BE
PRESENT AT CRIMINAL
PROCEEDING**

20 -CR- 584-01(CM) ( )

## Check Proceeding that Applies

_____    Arraignment

I have been given a copy of the indictment containing the charges against me and have
reviewed it with my attorney. I understand that I have a right to appear before a judge
in a courtroom in the Southern District of New York to confirm that I have received and
reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter
a plea of either guilty or not guilty before the judge. After consultation with my
attorney, I wish to plead not guilty. By signing this document, I wish to advise the court
of the following. I willingly give up my right to appear in a courtroom in the Southern
District of New York to advise the court that:

    1)    I have received and reviewed a copy of the indictment.
    2)    I do not need the judge to read the indictment aloud to me.
    3)    I plead not guilty to the charges against me in the indictment.

Date:    _____

         _____
         Signature of Defendant

         _____
         Print Name

_____    Bail Hearing

I am applying or in the future may apply for release from detention, or if not detained,
for modification of the conditions of my release from custody, that is, my bail
conditions. I understand that I have a right to appear before a judge in a courtroom in
the Southern District of New York at the time that my attorney makes such an
application. I have discussed these rights with my attorney and wish to give up these
rights in my case for the period of time in which access to the courthouse has been
restricted on account of the COVID-19 pandemic. I request that my attorney be

permitted to make applications for my release from custody or for modification of the conditions of my release even though I will not be present, and to make such applications in writing or by telephone in my attorney's discretion.

Date:        _____

        _____

        Signature of Defendant

        _____

        Print Name

__X__ Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:        _____12/2/2020_____

        __/s/Christian De La Torre (by Zawadi Baharnyi)_____
        Signature of Defendant

        __Christian De La Torre_____
        Print Name

2

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:          _____

              _____

              Signature of Defense Counsel

              _____

              Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is:    Todd Burrell                              .

Date:          /s/Zawadi Baharanyi
              Signature of Defense Counsel

Accepted:          _____          12/3/20

              Signature of Judge
              Date: