UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

De La Torre Villavazo et al,

        Defendants.

-----------------------------------------------------------X

20 CR 584 (CM)

ORDER

McMahon, J.

The Court will hold a status conference in this matter on **Wednesday, July 14, 2021, at 10:30 a.m.**, using the Teams video call platform. The public and press may access the audio feed of the conference by calling 888-363-4749 and entering access code 9054506.

Dated: July 13, 2021
       New York, New York

                                      Colleen McMahon
                                      District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/21