UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Christian De La Torre Villalvazo   Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

20-CR- 584( )( )

Defendant Christian De La Torre Villalvazo _____ hereby voluntarily consents to
participate in the following proceeding via ___ videoconferencing or X teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

___ Bail/Detention Hearing

X Conference Before a Judicial Officer

/s/Christian De La Torre Villalvazo

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/Zawadi S. Baharanyi

Defendant's Counsel's Signature

/s/Christian De La Torre Villalvazo

Print Defendant's Name

Zawadi S. Baharanyi

Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7/14/2021

Date

U.S. District Judge/~~U.S. Magistrate Judge~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2021