

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

November 16, 2021

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> 11/17/21
> Case Adj to January 13, 2022
> at 2 PM — time excluded
> through Jan. 13, in the interest
> of justice, to facilitate the review
> of discovery and plea
> discussions

Re:  *United States v. Christian De La Torre Villalvazo et al.*, 20 Cr. 584 (CM)

Dear Judge McMahon:

    The Government writes to respectfully request, with consent from defense counsels, that the status conference currently scheduled for November 18, 2021, be adjourned for a period of 45 days and that time be excluded under the Speedy Trial Act between November 18, 2021, through the next scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

    As this Court is aware, Jimmy Lopez Arizmendi, who fled pretrial release in March 2020, recently self-surrendered at a port of entry in Arizona. Lopez Arizmendi is now detained and is in the process of being transferred to this District by the United States Marshal Service. The Government produced the initial batch of discovery to counsel for Lopez Arizmendi in December 2020, and has produced the remainder of the discovery earlier today. The adjournment will allow counsel for Lopez Arizmendi to review the discovery and to discuss it with his client. Additionally, the adjournment will permit the parties to engage in discussions regarding potential pretrial resolutions of the matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Elizabeth A. Espinosa
Ni Qian
Assistant United States Attorneys
(212) 637-2216/-2364

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/21