UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

De La Torre Villavazo et al,

          Defendants.

20 CR 584 (CM)
SCHEDULING ORDER

---

McMahon, J.:

The Court will hold a remote telephone/video-status conference in this matter, Thursday, January 13, 2022, at 12:00 p.m.

The public and press may listen to the proceeding by telephone at: 888-363-4749; the access code to enter when prompted is 9054506. The recording of court proceedings is strictly prohibited.

January 12, 2022

                              Colleen McMahon
                              District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/22