March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-

Christian Delatorre _____ Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR- 584 (_)(_)

Defendant _Christian Delatorre_ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Christian Delatorre (by Counsel)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Christian Delatorre
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

Zawadi Baharanyi
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

5/10/2022
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/22