```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :     TRANSPORTATION ORDER

     - v -                        :     20 Cr. 584 (CM)

De La Torre Villavazo et al,      :

                 Defendant.       :

------------------------------------x
```

Upon the application of **Christian De La Torre Villavazo,** by his attorney, **Zawadi Baharanyi, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Christian De La Torre Villavazo with funds to cover the cost of airfare from Tucson, Arizona to New York, New York in advance of Mr. De La Torre Villavazo's upcoming sentencing on Thursday, May 4, 2023 at 12:00pm, arriving in New York no later than Wednesday, May 3, 2023; and it is hereby further

**ORDERED** that the aforesaid expense shall be paid by the United States Marshals Service.

Dated: New York, New York
       April 18, 2023

**SO ORDERED:**

_____
HONORABLE COLLEEN MCMAHON
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/23
```