# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**MEMO ENDORSED**

April 24, 2023

4/24/23
OK, let him have his passport to facilitate travel.

*[Signature: Colleen McMahon]*

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. De La Torre Villavazo et al</u>
    20 Cr. 584 (CM)

Dear Judge McMahon,

I write to respectfully request that the Court authorize Christian De La Torre Villavazo to retrieve his passport from Pre-Trial Services in the United States District of Arizona (where he currently resides), so that he may travel to New York for his sentencing on Thursday, May 4, 2023. I request the release of Mr. De La Torre Villavazo's passport on Tuesday, May 2, 2023 so he may have it for his flight on Wednesday, May 3, 2023. After his court appearance, Mr. De La Torre Villavazo will return his passport to Pre-Trial Services. Mr. De La Torre Villavazo has been fully compliant with his Pre-Trial supervision.

The passport is the only identification that Mr. De La Torre Villavazo has to travel with. Pre-trial Services is unable to issue an alternative temporary ID. Mr. De La Torre Villavazo's Pre-Trial officer recommends releasing his passport to him for this purpose and does not oppose this modification to facilitate his travel for court. I have conferred with AUSA Elizabeth Espinos who takes no position on this application.

Respectfully Submitted,

/s/
Zawadi Baharanyi, Esq.
Assistant Federal Defender

Counsel for Christian De La Torre Villavazo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/23

Cc: ~~AUSA Elizabeth Anne Espinosa~~
    AUSA Ni Qian