UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

CHRISTTIAN de la TORRE VILLALVAZO,

        Defendant.

---

20 CR 584 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2023

It is hereby ordered that CHRISTTIAN de la TORRE VILLALVAZO, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on August 7, 2023.

_____       5/4/2023
UNITED STATES DISTRICT JUDGE       DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____       _____
(Attorney/Witness)       (Defendant)

cc: U.S. Marshal, SDNY
    Probation Dept, SDNY
    U.S. Attorney, SDNY
    Pretrial Office, SDNY
    Defense Counsel